AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baylson, Michael M. | U.S.D.C. Eastern Dist. of PA | 01/21/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/21/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Penn Law School - Professor | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-Employed Physician |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LegalTech | 01/28/13 - 01/29/13 | New York, NY | Educational Seminar | Travel Expenses |
| 2. | American Conference Institute | 01/30/2013 - 01/31/2013 | New York, NY | Educational Seminar | Travel Expenses |
| 3. | The Sedona Conference | 06/18/2013 - 06/21/2013 | Zurich, Switzerland | Educational Seminar | Travel Expenses |
| 4. | Electronic Discovery Institute | 10/28/2013 - 10/29/2013 | Palm Beach, FL | Educational Seminar | Travel Expenses |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Goldblum | Charity Dinner | $700.00 |
| 2. | Neubauer | Charity Dinner | $700.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameritrade JT Ten. | | | | | | | | | |
| 2. Alcatel-Lucent | | None | J | T | | | | | |
| 3. CenturyLink, Inc. | A | Dividend | J | T | | | | | |
| 4. Cisco Systems Inc. | A | Dividend | | | Sold | 08/21/13 | J | | |
| 5. Citigroup Inc. | A | Dividend | K | T | | | | | |
| 6. Columbia Labs | | None | J | T | | | | | |
| 7. Entercom Communications Corp. | | None | J | T | | | | | |
| 8. Incyte Corporation (Y) | | | | | | | | | |
| 9. iShares MSCI Brazil Ind | A | Dividend | J | T | | | | | |
| 10. LSI Logic | A | Dividend | J | T | | | | | |
| 11. Nokia Corp. ADR | | None | J | T | | | | | |
| 12. Nortel (Y) | | | | | | | | | |
| 13. Oncologix Tech Inc. (Y) | | | | | | | | | |
| 14. Opko Health Inc. | | None | K | T | | | | | |
| 15. Pennsylvania Real Estate Invst | B | Dividend | K | T | | | | | |
| 16. Progenics Pharmaceuticals | | None | L | T | | | | | |
| 17. Prologics | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Qualcomm Communications | A | Dividend | K | T | | | | | |
| 19. RAIT Financial Trust | A | Dividend | J | T | | | | | |
| 20. Rentech | | None | J | T | | | | | |
| 21. Resource Capital Corp | A | Dividend | J | T | | | | | |
| 22. Safeguard Scientifics Inc. | | None | L | T | | | | | |
| 23. Unisys Corp. | | None | J | T | | | | | |
| 24. Wells Fargo JTWROS | | | | | | | | | |
| 25. Alcatel-Lucent (Y) | | | | | | | | | |
| 26. International Business Machines | C | Dividend | M | T | | | | | |
| 27. Verizon Communications | D | Dividend | M | T | | | | | |
| 28. Wells Fargo Bank Deposit Sweeps | | None | J | T | | | | | |
| 29. WFBNA Colleteral Acct | | | | | | | | | |
| 30. CMF Money Market Portfolio | | None | J | T | | | | | |
| 31. AT&T Corp. | A | Dividend | J | T | | | | | |
| 32. Bank of America | A | Dividend | K | T | | | | | |
| 33. BP Plc Sponsored ADR | B | Dividend | K | T | | | | | |
| 34. ConocoPhillips | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Exelon Corp. | B | Dividend | K | T | Sold (part) | 12/11/13 | K | B | |
| 36. Fidelity National Information Services | A | Dividend | K | T | | | | | |
| 37. General Electric Co. | D | Dividend | M | T | | | | | |
| 38. J.P. Morgan Chase & Co. | B | Dividend | L | T | | | | | |
| 39. Lender Processing Services Group | A | Dividend | J | T | | | | | |
| 40. NCR Corp (X) | A | Dividend | J | T | | | | | |
| 41. Phillips 66 | A | Dividend | K | T | | | | | |
| 42. PNC Financial Services Corp (Y) | | | | | | | | | |
| 43. PNC Financial Services Group | B | Dividend | K | T | Sold (part) | 08/14/13 | J | | |
| 44. Teradata | | None | J | T | | | | | |
| 45. Wells Fargo Company | A | Dividend | J | T | | | | | |
| 46. Western Digital Corp. Del | A | Dividend | K | T | | | | | |
| 47. Franklin Mutual Ser Fund Inc. | A | Dividend | L | T | | | | | |
| 48. Wells Fargo Advantage Emerging Markets Equity | | None | | | Sold | 03/07/13 | K | | |
| 49. PIMPCO Fundamental IndexPlus AR | C | Dividend | L | T | Buy | 03/07/13 | L | | |
| 50. Command Money Fund | A | Interest | J | T | | | | | |
| 51. Second IRA R/O | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Adams Harkness Small Cap Growth | B | Dividend | K | T | Sold (part) | 10/23/13 | J | B | |
| 53. Baron Growth | B | Dividend | L | T | | | | | |
| 54. BlackRock Low Duration | C | Dividend | M | T | | | | | |
| 55. DFA Emerging Markets Core Equity | A | Dividend | K | T | | | | | |
| 56. DFA Global Real Estate Securities | B | Dividend | K | T | Sold (part) | 05/03/13 | J | B | |
| 57. DFA Int'l Small Cap Value | B | Dividend | L | T | Sold (part) | 04/23/13 | J | | |
| 58. DFA Int'l Value | C | Dividend | M | T | Sold (part) | 05/03/13 | J | | |
| 59. DFA One Year Fixed Income | A | Dividend | M | T | Buy (add'l) | 04/23/13 | K | | |
| 60. DFA Short Term Govt | B | Dividend | M | T | | | | | |
| 61. DFA US Large Cap Value | B | Dividend | M | T | Sold (part) | 04/23/13 | J | B | |
| 62. DFA US Micro Cap | B | Dividend | K | T | | | | | |
| 63. DFA US Small Cap Value | C | Dividend | L | T | | | | | |
| 64. Dodge and Cox Stock | A | Dividend | L | T | | | | | |
| 65. E.I.I. Global Property INST | A | Dividend | K | T | | | | | |
| 66. First Eagle Overseas | C | Dividend | L | T | | | | | |
| 67. Hotchkis & Wiley Large Cap Value | A | Dividend | L | T | Sold (part) | 05/03/13 | J | | |
| 68. Hotchkis & Wiley Mid Cap Value | A | Dividend | M | T | Sold (part) | 04/23/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/23/13 | J | C | |
| 70. Ivy Mid Cap Growth | B | Dividend | L | T | Sold (part) | 04/23/13 | J | A | |
| 71. Janus Fund | A | Dividend | L | T | | | | | |
| 72. Janus Overseas | C | Dividend | L | T | | | | | |
| 73. Maingate MLP Fund | C | Dividend | L | T | Sold (part) | 05/03/13 | J | B | |
| 74. Mainstay Marketfield | A | Dividend | K | T | Buy | 11/01/13 | K | | |
| 75. Metropolitan West Total Return Bond | D | Dividend | M | T | Sold (part) | 10/18/13 | K | A | |
| 76. Morgan Stanley Emerging Mkts | B | Dividend | K | T | Sold (part) | 05/03/13 | J | A | |
| 77. Morgan Stanley Intl Eqty Fund | B | Dividend | L | T | | | | | |
| 78. Royce Opportunity Invt | D | Dividend | L | T | Sold (part) | 04/23/13 | K | A | |
| 79. RS Global Natural Resources FD | B | Dividend | K | T | | | | | |
| 80. Schwab Advisor Cash Reserves | A | Dividend | J | T | | | | | |
| 81. Third Ave Intl Value | A | Dividend | L | T | Sold (part) | 05/03/13 | J | A | |
| 82. Thornburg Intl Value | A | Dividend | L | T | | | | | |
| 83. Turner Large Growth Fund | A | Dividend | | | Sold | 11/04/13 | L | C | |
| 84. Westcore Intl Small Cap Fund | B | Dividend | K | T | | | | | |
| 85. Westcore Mid-Cap Value | A | Dividend | L | T | Sold (part) | 05/03/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Westcore MIDCO Growth | D | Dividend | L | T | Sold (part) | 05/03/13 | J | | |
| 87. | | | | | Sold (part) | 10/23/13 | J | A | |
| 88. William Blair Intl Growth | A | Dividend | L | T | Sold (part) | 05/03/13 | J | | |
| 89. William Blair Intl Small Cap Growth | B | Dividend | K | T | | | | | |
| 90. William Blair Large Cap Growth | D | Dividend | L | T | | | | | |
| 91. William Blair Mid Cap Growth | C | Dividend | L | T | Sold (part) | 05/03/13 | J | A | |
| 92. William Blair Small Cap Growth | C | Dividend | K | T | Sold (part) | 10/23/13 | J | C | |
| 93. First IRA R/O | | | | | | | | | |
| 94. Adams Harkness Small Cap Growth | B | Dividend | K | T | Sold (part) | 10/23/13 | J | B | |
| 95. Baron Growth | B | Dividend | K | T | | | | | |
| 96. BlackRock Low Duration Bond | B | Dividend | M | T | Sold (part) | 04/23/13 | K | A | |
| 97. DFA Emerging Markets Core Equity | A | Dividend | K | T | | | | | |
| 98. DFA Global Real Estate Securities | B | Dividend | K | T | | | | | |
| 99. DFA Int'l Small Cap Value | B | Dividend | L | T | Sold (part) | 04/23/13 | J | | |
| 100. DFA Int'l Value | B | Dividend | L | T | Sold (part) | 05/03/13 | J | | |
| 101. DFA One Year Fixed Income | A | Dividend | M | T | Buy (add'l) | 04/23/13 | J | | |
| 102. DFA Short Term Govt | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DFA US Large Cap Value | B | Dividend | L | T | Sold (part) | 04/26/13 | J | B | |
| 104. DFA US Micro Cap | B | Dividend | K | T | | | | | |
| 105. DFA US Small Cap Value | C | Dividend | L | T | | | | | |
| 106. Dodge and Cox Stock | A | Dividend | K | T | | | | | |
| 107. E.I.I. Global Property INST | A | Dividend | K | T | | | | | |
| 108. First Eagle Overseas | C | Dividend | L | T | | | | | |
| 109. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | Sold (part) | 05/03/13 | K | A | |
| 110. Hotchkis & Wiley Mid Cap Value | A | Dividend | L | T | Sold (part) | 04/23/13 | J | C | |
| 111. | | | | | Sold (part) | 10/23/13 | J | B | |
| 112. Ivy Mid Cap Growth | B | Dividend | L | T | Sold (part) | 04/23/13 | K | A | |
| 113. Janus Fund | A | Dividend | L | T | | | | | |
| 114. Janus Overseas | B | Dividend | L | T | | | | | |
| 115. Maingate MLP Fund | C | Dividend | L | T | Sold (part) | 05/03/13 | J | A | |
| 116. Maintsay Marketfield | A | Dividend | K | T | Buy | 11/04/13 | K | | |
| 117. Metropolitan West Total Return Bond | B | Dividend | M | T | Sold (part) | 10/18/13 | J | B | |
| 118. Morgan Stanley Emerging Mkts | B | Dividend | K | T | Sold (part) | 04/23/13 | J | A | |
| 119. Morgan Stanley Intl Eqty Fund | A | Dividend | L | T | Sold (part) | 04/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Royce Opportunity Invt | C | Dividend | L | T | Sold (part) | 04/23/13 | J | A | |
| 121. RS Global Natural Resources FD | A | Dividend | K | T | | | | | |
| 122. Schwab Advisor Cash Reserves | A | Dividend | J | T | | | | | |
| 123. Third Ave Intl Value | A | Dividend | K | T | Sold (part) | 05/03/13 | J | A | |
| 124. Thornburg Intl Value | A | Dividend | K | T | | | | | |
| 125. Turner Large Growth Fund | A | Dividend | | | Sold | 11/04/13 | K | C | |
| 126. Westcore Intl Small Cap Fund | A | Dividend | K | T | | | | | |
| 127. Westcore Mid-Cap Value | A | Dividend | K | T | Sold (part) | 04/23/13 | J | A | |
| 128. | | | | | Sold (part) | 10/23/13 | J | A | |
| 129. Westcore MIDCO Growth | D | Dividend | K | T | Sold (part) | 05/03/13 | J | | |
| 130. | | | | | Sold (part) | 10/23/13 | J | A | |
| 131. William Blair Intl Growth | A | Dividend | K | T | Sold (part) | 05/03/13 | J | | |
| 132. William Blair Intl Small Cap Growth | B | Dividend | K | T | | | | | |
| 133. William Blair Large Cap Growth | C | Dividend | L | T | | | | | |
| 134. William Blair Mid Cap Growth | A | Dividend | K | T | | | | | |
| 135. William Blair Small Cap Growth | C | Dividend | K | T | Sold (part) | 10/23/13 | J | B | |
| 136. Second SEP IRA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DFA Global 60/40 | A | Dividend | K | T | Buy (add'l) | 11/04/13 | J | | |
| 138. Joint Account | | | | | | | | | |
| 139. Schwab Advisor Premium Cash Reserve | A | Dividend | M | T | | | | | |
| 140. Rental Property; Philadelphia, PA | E | Rent | O | W | | | | | |
| 141. Greenspan-Baylson Partnership | A | Int./Div. | K | U | | | | | |
| 142. | D | Distribution | | | | | | | |
| 143. BB Partnership (Y) | | | | | | | | | |
| 144. Zabecor (Y) | | | | | | | | | |
| 145. LLR Equity Partners Parallel III | A | Int./Div. | M | U | Buy (add'l) | 07/01/13 | J | | |
| 146. | C | Distribution | | | Buy (add'l) | 10/01/13 | J | | |
| 147. Planet Data Acq. | | None | K | W | | | | | |
| 148. Advanced Reproductive Care | | None | J | W | | | | | |
| 149. Baumrin et al Partnership | | None | K | W | | | | | |
| 150. Keystone Property | B | Distribution | L | U | Buy (add'l) | 07/01/13 | J | | |
| 151. KPGFW - 1 - PA Ventures, LP | B | Distribution | K | U | Buy | 07/01/13 | K | | |
| 152. Versa Capital | C | Int./Div. | M | U | Buy (add'l) | 07/01/13 | J | | |
| 153. | E | Distribution | | | Buy (add'l) | 09/01/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Melior Pharmaceuticals | | None | J | T | | | | | |
| 155. Allied Biosciences Services | | None | M | T | Buy (add'l) | 06/01/13 | J | | |
| 156. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 157. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 158. | | | | | Buy (add'l) | 09/01/13 | J | | |
| 159. | | | | | Buy (add'l) | 10/1/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 01/21/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Row 41:PNC Financial Services Corp is a duplicate entry that should have been removed in last year's report.

(2) Row 25 (ammendment): Alcatel-Lucent has become non-reportable due to a decrease in value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael M. Baylson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544